PREET BHARARA
United States Attorney for the
Southern District of New York
By: CARINA H. SCHOENBERGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2822
Facsimile: (212) 637-2702
E-mail: carina.schoenberger@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | |
|---|---|
| IN RE: | APPLICATION FOR AN *EX PARTE* ORDER PURSUANT TO 28 U.S.C. § 1782(a) |
| LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE FIRST FAMILY JUDGE OF THE SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT IN MEXICO, IN THE MATTER OF MONDRAGON MIER LAURA v. JAIME GERARDO CARPENTER MIER | M 11-120 |

------------------------------------------------------x

15 MISC 00119

COPY

RECEIVED MAY 04 2015 U.S.D.C. S.D.N.Y. CASHIERS

Upon the accompanying declaration of Carina H. Schoenberger, executed on April 29, 2015, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Carina H. Schoenberger, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the First Family Judge of the Superior Court of Justice of the Federal District in Mexico, seeking information from Morgan Stanley, in New York, New York, in connection with a proceeding pending in that court captioned "Mondragon Mier Laura v. Jaime Gerardo Carpenter Mier."

Dated: New York, New York
May 4, 2015

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
CARINA H. SCHOENBERGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2822
Fax: (212) 637-2702
Email: carina.schoenberger@usdoj.gov